MBK

[If you need additional space for ANY section, please attach an additional sheet and reference that section]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

SEP 18 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ashlee Johnson )
)
_____ )
)
Plaintiff(s), )
)
v. )
)
Factory Motor Parts )
)
_____ )
)
Defendant(s). )

23-cv-13829
Judge Daniel
Magistrate Judge Kim
RANDOM / CAT 2

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is Ashlee Johnson of the county of Cook in the state of Illinois.

3. The defendant is Factory Motor Parts, whose street address is 1380 Corporate Center Curv Ste 200 (city) Eagan (county) Dakota (state) MN (ZIP) 55121 (Defendant's telephone number) (877) – 865 - 7549

4. The plaintiff sought employment or was employed by the defendant at (street address) 8710 W 50th St (city) McCook (county) Cook (state) IL (ZIP code) 60525

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) JULY , (day) 25 , (year) 2022 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) Jan Feb (day) 02 (year) 2023 .

(ii) ☐ the Illinois Department of Human Rights, on or about (month) July (day) 17 (year) 2023 .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____(day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

(day)_____(year)_____.

(c)     Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes     ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes     ☐ N0, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

*(a)* ☐     the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_July___(day)_17___(year)_2023_a copy of which

*Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a)  ☐ Age (Age Discrimination Employment Act).

(b)  ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Not being trained for Promotion, being placed where fully mexican men, being hissed at, Chair kicked, Not given Original Shipping and receiving warehouse clerk desk area, Not provided with tools to perform Job, being moved to unfavorable Location Being followed outside of work hours by Supervisor.

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): Demand money 500,000 dollars paying to Ashlee Johnson.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.


Ashlee Johnson
(Plaintiff's signature)

Ashlee Johnson
(Plaintiff's name)

5470 S Archer Ave Apt 3B
(Plaintiff's street address)

(City) Chicago (State) IL (ZIP) 60638

(Plaintiff's telephone number) (480) – 823 - 5336

Date: 09/18/2023


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

6



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/17/2023

To: Ms. Ashlee A. Johnson
  5470 s Archer ave
  CHICAGO, IL 60638
Charge No: 440-2023-02831

EEOC Representative and email:  ROBERT WILK
             Federal Investigator
             robert.wilk@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-02831.

On behalf of the Commission,

Digitally Signed By:Diane I. Smason
07/17/2023

Diane I. Smason
Acting District Director